Order issued November 6 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00944-CV

## IN THE INTEREST OF P.E., C.E., C.E., AND S.E., CHILDREN

## ORDER

The Court **DENIES** court reporter Kim Allen's sanctions motion which was included in her

November 1, 2012 response to Father's motion to review the trial court's order sustaining the contest

to the affidavit of indigence

ELIZABETH LANG-MIERS
JUSTICE